```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAMAR BROWN,
*On behalf of himself and all others*
*Similarly situated*,

                         Plaintiff,

      - against -

MANOS, INC.,

                        Defendant.
-------------------------------------------------------------X

23-CV-3293 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 31, 2023, the Court granted the parties' request for an extension of Defendant's time to answer until June 30, 2023. No answer or other response appears on file. Accordingly, by August 15, 2023, the parties shall jointly file a status report.

                                    SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.