USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAMAR BROWN,
*On behalf of himself and all others*
*Similarly situated*,

                            Plaintiff,

            - against -

MANOS, INC.,

                            Defendant.
-------------------------------------------------------------X

23-CV-3293 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On August 8, 2023, the Court ordered that the parties jointly file a status report by August 15, 2023. (Dkt. 9.) No such report has been filed. Accordingly, by August 22, 2023, the parties shall jointly file a status report, or, if the parties do not agree on a joint filing, then each shall separately file their own status report. If Plaintiff fails to file a status report, the case may be dismissed for failure to prosecute and to comply with court orders. If Defendant fails to file a status report, they will be subject to default.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2023
        New York, New York

Copies transmitted this date to all counsel of record.